IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER BAILEY,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1363

Opinion filed December 11, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Walter Bailey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, C.J., VAN NORTWICK and ROWE, JJ., CONCUR.